IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEBORAH ANN ROBERTSON KING,
and JANIE MARCELLA WARD,
CO-PERSONAL REPRESENTATIVES
of the ESTATE OF
WILSON ROBERTSON, JR.

    Plaintiffs,

v.                                        CASE NO.  3:07cv467/RV/EMT

SIRAN STACY and COUNTRYWIDE
HOME LOANS, INC.,

    Defendants.
_____/

## ORDER

    The above-captioned case, originally filed in the First Judicial Circuit Court in and for Walton County, was removed to this court on the basis of diversity jurisdiction. After removal, the defendant, Countrywide Home Loans, Inc., filed two motions to dismiss (docs. 8, 10), and a motion to strike portions of the plaintiffs' complaint (doc. 9). The plaintiffs have since filed an amended complaint, to which both defendants have filed an answer. Accordingly, the motions to dismiss and motion to strike (docs 8, 9, 10) are DENIED as moot.

    DONE AND ORDERED this 14th day of December, 2007.

                                    /s/ *Roger Vinson*
                                    **ROGER VINSON**
                                    **Senior United States District Judge**