IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEBORAH ANN ROBERTSON KING
and JANIE MARCELLA WARD,
Co-Personal Representatives of the
ESTATE OF WILSON ROBERTSON, JR.,

      Plaintiffs,

      v.      Case No.: 3:07-cv-467/RV/EMT

SIRAN STACY and COUNTRYWIDE
HOME LOANS, INC.,

      Defendants.
_____/

## ORDER

      This diversity case arises out of a tragic and fatal car accident involving a vehicle driven by Siran Stacy (an employee of the defendant Countrywide Home Loans, Inc), and a vehicle driven by Wilson Robertson, Jr. On March 17, 2009, I entered an order granting Countrywide's motion for summary judgment and a clerk's judgment was subsequently entered in accordance therewith. The plaintiffs have appealed that order and judgment, and the appeal is currently pending in the Eleventh Circuit. Before plaintiffs filed their appeal, Countrywide filed the now-pending motion for attorney fees and costs (doc. 67).

      Under the circumstances of this case, I have concluded that it is best to deny Countrywide's motion for attorney fees and costs, without prejudice to refiling after the plaintiffs' appeal is resolved. If the plaintiffs prevail on appeal, the motion will likely be moot. If the plaintiffs do not succeed, the motion will probably be significantly amended or refiled to account for the fees and costs incurred during the course of that appeal. Indeed, in its motion Countrywide expressly states that it "preserves its right to file a supplemental Motion for Attorney Fees and Costs . . . for any costs and/or attorney fees incurred in defending any appeal the Plaintiffs may pursue."

*Case No.: 3:07-cv-467/RV/EMT*

In the interests of judicial economy, therefore, the defendant's motion for attorney fees and costs (doc. 67) is hereby DENIED, without prejudice to refiling after the appeal is concluded.

**DONE and ORDERED this 23rd day of April 2009.**

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**