IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEBORAH ANN ROBERTSON KING, and
JANIE MARCELLA WARD, etc.,

      Plaintiffs,

v.                                        Case No. 3:07cv467/RV/EMT

SIRAN STACY and COUNTRYWIDE
HOME LOANS, INC.,

      Defendants.
_____/

## ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the plaintiffs and defendant Siran Stacy, it is ORDERED:

(1) This cause is hereby dismissed as to defendant Siran Stacy, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

(3) This dismissal does not in any way affect the plaintiffs' continuing pursuit of their legal claims against and/or pending appeal as to defendant Countrywide Home Loans, Inc.

DONE AND ORDERED this 10th day of June, 2009.

                                                /s/ Roger Vinson
                                               **ROGER VINSON**
                                               **Senior United States District Judge**